**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ONEAL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:25-cv-02433 |
| | ) | |
| v. | ) | District Judge Sara L. Ellis |
| | ) | |
| HABITAT COMPANY, | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on **Tuesday, April 8, 2025, at 9:45 a.m.,** or whenever thereafter counsel may be heard, counsel for Defendant The Habitat Company LLC shall appear telephonically before Judge Sara L. Ellis, or any judge sitting in her stead in the courtroom usually occupied by her, Room 1403, United States District Court for the Northern District of Illinois, and shall then and there present the attached ***Defendant The Habitat Company LLC's Motion to Stay Responsive Pleading Deadline.***

Dated:  April 2, 2025

                                       **THE HABITAT COMPANY LLC**

                                       By: */s/ Neil H. Dishman*
                                             One of Its Attorneys

Neil H. Dishman
Anderson C. Franklin
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Phone: (312) 787-4949
Fax: (312) 787-4995
Neil.Dishman@jacksonlewis.com
Anderson.Franklin@jacksonlewis.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that on April 2, 2025, he caused a true and correct copy of the foregoing ***Notice of Motion*** to be filed with the Court by electronic filing protocols, and that the same will be served by electronic mail and U.S. Mail to:

Oneal Johnson
816 West 76th Street, Apartment 1
Chicago, IL 60620
johnsononeal406@gmail.com

*/s/ Neil H. Dishman*